IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

G.F., MOTHER OF A.R., A CHILD,

      Appellant,

  v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

      Appellee.

_____/

Case No.  5D22-2235
LT Case No. 2019-DP-96

Decision filed January 27, 2023

Appeal from the Circuit
Court for Hernando County,
Stephen E. Toner, Jr., Judge.

Heather Morcroft, Winter Park, for
Appellant.

Kelley Schaeffer, of Children's Legal
Services, Bradenton, and Rachel
Batten, of Children's Legal Services,
Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide
Director of Appeals, Laura J. Lee,
Assistant Statewide Director, and
Amanda Victoria Glass, Senior
Attorney, of Guardian ad Litem Office,
Tallahassee, and Samantha C. Valley,
of Kubicki Draper, Jacksonville, for
Guardian ad Litem Program.

PER CURIAM.

    AFFIRMED.

WALLIS, SOUD and MACIVER, JJ., concur.